**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 26, 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL T. BERGERON,<br>TRACEY BERGERON, and<br>LNV CORPORATION,<br><br>Defendants. | Case No. 18-5041-PKH |

# COMPLAINT

The United States, plaintiff herein, alleges as follows:

1. This is a civil action in which the United States seeks to reduce to judgment certain federal income tax assessments made against defendants Randall T. Bergeron and Tracey Bergeron and to enforce federal tax liens upon the subject property described herein.

2. This action is commenced at the request and with the authorization of a delegate of the Secretary of Treasury and at the direction of the Attorney General pursuant to 26 U.S.C. § 7401 and 7403.

## Jurisdiction and Venue

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because this is the district where the real property that is the subject of this action is located and where the primary defendants, Randall and Tracey Bergeron, reside.

### Parties

5. Defendant Randall T. Bergeron resides in Benton County, Arkansas, and is the taxpayer against whom most of the federal income tax assessments at issue herein were made. He is the husband of defendant Tracey Bergeron.

6. Defendant Tracey Bergeron resides in Benton County, Arkansas, and is the taxpayer against whom some of the federal income tax assessments at issue herein were made. She is the wife of defendant Randall T. Bergeron.

7. LNV Corporation is named as a defendant in Count III pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the property at issue in this action.

### Count I: Federal Tax Assessments against Randall T. Bergeron

8. The United States incorporates by reference the allegations set forth in paragraphs 1 through 5, above.

9. Randall T. Bergeron failed to file federal income tax returns for the tax years 2002 through 2012 despite having sufficient income to do so. He filed federal income tax returns for the years 2013 through 2016 but failed to pay the amount reported as owed.

10. On the dates and for the tax years indicated below, a delegate of the Secretary of Treasury made assessments against Randall T. Bergeron for federal income taxes, penalties, and interest. The amount due is as follows:

| Tax Year | Assessment Date | Balance Due as of 2/26/2018 |
|---|---|---|
| 2002 | 03/17/2008 | $ 161,704.54 |
| 2003 | 03/17/2008 | 60,776.43 |
| 2004 | 03/17/2008 | 74,137.87 |
| 2005 | 04/21/2009 | 162,796.06 |
| 2006 | 06/22/2009 | 69,540.90 |
| 2007 | 08/29/2011 | 61,833.06 |
| 2008 | 08/29/2011 | 65,023.84 |
| 2009 | 08/19/2013 | 89,056.45 |

| | | |
|---|---|---|
| 2010 | 08/19/2013 | 90,081.65 |
| 2011 | 06/22/2015 | 73,023.27 |
| 2012 | 09/07/2015 | 87,361.15 |
| 2013 | 09/26/2016 | 30,139.70 |
| 2014 | 07/31/2017 | 12,208.80 |
| 2015 | 05/15/2017 | 42,650.91 |
| 2016 | 06/05/2017 | 24,040.46 |
| | Total: | $1,104,375.09 |

11. Notices of the assessments described in paragraph 10, above, and demands for payment thereof were sent to Randall T. Bergeron.

12. Despite notice and demands for payment of the assessments, Randall T. Bergeron has failed to pay over the amount assessed against him. There remains due and owing to the United States the sum of $1,104.375.09, plus statutory interest and additions accruing after February 26, 2018.

## Count II: Federal Tax Assessments against Tracey Bergeron

13. The United States incorporates by reference the allegations set forth in paragraphs 1 through 4 and 6, above.

14. On the dates and for the tax years indicated below, a delegate of the Secretary of Treasury made assessments against Tracey Bergeron for federal income taxes, penalties, and interest. The amount due is as follows:

| Tax Year | Assessment Date | Balance Due as of 2/26/2018 |
|---|---|---|
| 2013 | 09/26/2016 | $ 30,139.70 |
| 2014 | 07/31/2017 | 12,208.80 |
| | Total: | $42,348.50 |

15. The above assessments were based on the amounts reported on the joint federal income tax returns Tracey Bergeron filed with her husband for tax years 2013 and 2014.

16. Notices of the assessments described in paragraph 14, above, and demands for payment thereof were sent to Tracey Bergeron.

17. Despite notice and demands for payment of the assessments, Tracey Bergeron has failed to pay over the amount assessed against her. There remains due and owing to the United States the sum of $42,348.50, plus statutory interest and additions accruing after February 26, 2018.

### Count III: Federal Tax Lien Enforcement

18. The United States incorporates by reference the allegations set forth in paragraphs 1 through 17, above.

19. In accordance with 26 U.S.C. §§ 6321 and 6322, because of the assessments, notices, demands, and the Bergerons failure to pay, the a federal tax lien arose on the assessment dates referred to in paragraphs 10 and 14, above, in the amount of the assessments plus all additions accruing thereon under law. As a result, the tax liens attached to all property and rights to property Randall T. Bergeron and Tracey Bergeron then owned or thereafter acquired.

20. Notices of the federal tax liens were filed with the Benton County Clerk against Randall T. Bergeron on April 7, 2017 (for tax year 2002-2013 liabilities), June 21, 2017 (tax year 2016 liabilities), June 27, 2017 (tax year 2016 liabilities), and September 6, 2017 (tax year 2014 liabilities).

21. A notice of the federal tax lien was filed with the Benton County Clerk against Tracey Bergeron on September 25, 2017, for her 2013 and 2014 tax year liabilities.

22. The subject property on which the United States seeks to enforce its federal tax liens is located at 14126 Ozark Drive, Garfield, Arkansas, and is more particularly described as:

> Lot 20, Del Lago Estates, Unit 1, Benton County, Arkansas and shown in Plat Record "4" at Page 170 and Plat Record "4" at Page 171

23. Randall T. Bergeron and Tracey Bergeron acquired ownership of the subject property on November 22, 1999. The warranty deed conveying the property to them was recorded with the Benton County Clerk on November 30, 1999.

24. The federal tax liens attached to the subject property, the tax lien may be enforced and the property may be sold.

WHEREFORE, the United States requests that the Court:

(a) Enter judgment on Count I of the complaint in favor of the United States and against Randall T. Bergeron in the amount of $1,104.375.09, plus statutory interest and additions accruing after February 26, 2018, for his 2002 through 2016 federal income tax liabilities;

(b) Enter judgment on Count II of the complaint in favor of the United States and against Tracey Bergeron in the amount of $42,348.50, plus statutory interest and additions accruing after February 26, 2018, for her 2013 and 2014 federal income tax liabilities;

(c) Enter judgment on Count III of the complaint that the United States has valid and subsisting federal tax liens for the liabilities described herein against all property and rights to property of Randall T. Bergeron and Tracey Bergeron;

(d) Order that the federal tax liens attaching to the subject property located at 14126 Ozark Drive, Garfield, Arkansas, be sold, that those persons occupying the property leave and vacate the property, and that the Court determine the rights of the parties to the proceeds of sale and the relative priorities of the parties' claims to the sale proceeds, and disburse those proceeds accordingly; and

(e) Grant the United States its costs incurred in the commencement and prosecution of this action, and such other and further relief as the Courts deems proper and just.

Date: February 23, 2018.

                                  Respectfully submitted,

                                  DUANE A. KEES
United States Attorney

/s/ Martin M. Shoemaker

MARTIN M. SHOEMAKER
Ga. Bar # 001340
Attorney for Plaintiff, U.S.A.
U.S. Dept. of Justice, Tax Division
P.O. Box 7238
Washington, DC 20044
Phone: (202) 514-6491
Fax: (202) 514-6770
Email: martin.m.shoemaker@usdoj.gov